IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Herman Grant, Jr., ) | Civil Action No.: 3:24-cv-03021-MGL-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JOINT DISCOVERY PLAN** |
| Deputy Angel Rodriguez, Deputy Richard ) | |
| Sholts, and John Doe Deputies, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Fed.R.Civ.P. Rule 26(f)(3), the parties jointly make the following report to the Court:

(A)  what changes should be made in the timing, form, or requirement for disclosure under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;

**RESPONSE:**

**The parties have agreed to waive initial disclosures and a proposed Amended Scheduling Order that addresses the timing of additional disclosures.**

(B)  the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

**RESPONSE:**

**Discovery in this case will be limited to basic discovery issues. The parties anticipate written discovery and depositions of the parties, fact and any named expert witnesses, inquiring as to liability and damages issues as well as possible defenses.**

1

(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

**RESPONSE:**

**None at this time.**

(D) any issues about claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert these claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;

**RESPONSE:**

**None at this time.**

(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

**RESPONSE:**

**Upon information and belief, none.**

(F) any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).

**RESPONSE:**

**At this time, the parties are only aware of the proposed Amended Scheduling Order.**

*[Counsel signature page to follow]*

Respectfully submitted,

*s/Ryan C. Andrews (w/permission)*
Ryan C. Andrews, Fed. ID 11748
COBB HAMMETT SCAPELLATO & ANDREWS, LLC
222 West Coleman Boulevard
Mt. Pleasant, SC 29464
843.936.6680
randrews@cobbhammett.com

*Counsel for Plaintiff*

*s/Steven R. Spreeuwers*
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
CROWE LAFAVE GARFIELD & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.999.1225
robert@crowelafave.com
steve@crowelafave.com

*Counsel for Defendants*

November 5, 2024