IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Herman Grant, Jr., | ) Civil Action No.: 3:24-cv-03021-MGL-PJG |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF MOTION AND CONSENT** |
| Deputy Angel Rodriguez, Deputy Richard Sholts, and John Doe Deputies, | ) **MOTION FOR EXEMPTION FROM** |
| | ) **ADR REQUIRMENT** |
| Defendants. | ) |

YOU WILL PLEASE TAKE NOTICE that Defendants Deputy Angel Rodriguez and Deputy Richard Sholts, by and through their undersigned counsel, will move before this Honorable Court for an Order excusing these Defendants from the requirement to mediate this case at this time. The grounds for this motion are set forth below.

1. The parties are presently within the Court's scheduling order for the timeframe to file dispositive motions.

2. The undersigned counsel have conferred with Plaintiff's counsel and have agreed that these Defendants' anticipated motion for summary judgment should be resolved before a meaningful mediation can be conducted.

3. As a result, these Defendants are respectfully requesting that the parties be excused from participating in mediation at this time, as it would serve no useful purpose. However, to the extent that any or all of Plaintiff's claims survive the summary judgment stage, the parties will then be in a better position to review their respective positions with regard to mediation.

4. Pursuant to Local Rule 7.02, D.S.C., the undersigned counsel has conferred with Plaintiff's counsel, who has consented to this request.

1

5. Pursuant to Local Rule 7.04, D.S.C., the substance of this motion is set forth completely herein, and a separate memorandum would serve no useful purpose. This motion is based upon the pleadings filed in this case, the rules of Court, and such other matters as may be properly presented to the Court at the time of the hearing.

Respectfully submitted,

GARFIELD SPREEUWERS LAW GROUP

 *s/Steven R. Spreeuwers*
Robert D. Garfield, Fed. ID No. 7799
Steven R. Spreeuwers, Fed. ID No. 11766
1220 Pickens Street
Columbia, South Carolina 29201
803.830.5496
robert@gslawsc.com
steve@gslawsc.com

*Counsel for Defendants Rodriguez & Sholts*

Columbia, South Carolina
January 26, 2026